| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Williams, Kathleen M. | 2. Court or Organization Southern District of Florida | 3. Date of Report 11/14/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active United States District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address 400 North Miami Avenue Room 11-3 Miami, FL 33128 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Kathleen M. | 11/14/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYU Law School | March, 2015 | New York, NY | Interview Law School Scholarship Candidates | Transportation, Lodging (2 nights) |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Kathleen M. | 11/14/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Revolving Credit/Charge Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Kathleen M. | 11/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  United Technologies (UTX) | D | Dividend | N | T | | | | | |
| 2.  ATT (T) | C | Dividend | K | T | | | | | |
| 3.  Edison (EIX) | B | Dividend | K | T | | | | | |
| 4.  Lockheed Martin (LMT) | B | Dividend | L | T | | | | | |
| 5.  IBM | B | Dividend | K | T | | | | | |
| 6.  Princ Preferred Securities (PRFCX) | C | Int./Div. | M | T | | | | | |
| 7.  Nationwide Annuity | | None | N | T | | | | | |
| 8.  Wells Fargo Money Sweep | A | Interest | K | T | | | | | |
| 9.  Hospitatity 7.125% Preferred | C | Int./Div. | M | T | | | | | |
| 10.  WELLS FARGO MANAGED ASSET ACCOUNT HOLDINGS BELOW | | | | | | | | | |
| 11.  ARTQX-Artisan Mid-cap Value | A | Dividend | | | Sold | 04/02/15 | J | A | |
| 12.  CSRSX-Cohen Steers Realty Fnd | A | Dividend | | | Sold | 08/05/15 | J | A | |
| 13.  FTIXX-GSachs Treasury Instruments | A | Interest | J | T | Sold (part) | 01/12/15 | J | A | |
| 14. | | | | | Buy (add'l) | 04/06/15 | J | | |
| 15. | | | | | Sold (part) | 04/13/15 | J | A | |
| 16. | | | | | Sold (part) | 07/13/15 | J | A | |
| 17. | | | | | Buy (add'l) | 08/06/15 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Kathleen M. | 11/14/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 10/09/15 | J | A | |
| 19. JHAIX-J Hancock FNDS II | B | Dividend | K | T | Buy<br>(add'l) | 08/06/15 | J | | |
| 20. HACAX-Harbor Cap Apprec Fnd | A | Dividend | K | T | Sold<br>(part) | 04/02/15 | J | B | |
| 21. JRGIX-Artio Glbl Inv Fund | A | Dividend | | | Sold | 08/05/15 | J | A | |
| 22. MGBIX-AMG Funds III | A | Dividend | | | Sold | 04/15/15 | K | A | |
| 23. MEDIX-MFS Emerg Mkt Debt | A | Int./Div. | J | T | Sold<br>(part) | 04/02/15 | J | A | |
| 24. | | | | | Buy | 08/04/15 | J | | |
| 25. MIIYIX | A | Int./Div. | | | Sold | 04/01/15 | | | |
| 26. MWTIX-Met West Total Rtns | A | Dividend | K | T | Buy<br>(add'l) | 04/06/15 | J | A | |
| 27. JPIVX-JP Morgan Intrepid Value | A | Dividend | K | T | | | | | |
| 28. HNVIX-Heartland Value | A | Dividend | | | Sold | 04/02/15 | J | A | |
| 29. ODVYX-Oppenheimer Dev Markets | A | Int./Div. | J | T | Buy<br>(add'l) | 04/02/15 | J | | |
| 30. | | | | | Sold<br>(part) | 08/05/15 | J | A | |
| 31. OIBYX-Oppenheimer Intl Fund | A | Dividend | K | T | Buy<br>(add'l) | 04/06/15 | J | | |
| 32. PHYTX-Principal Funds Hi-yield | A | Int./Div. | J | T | Buy | 04/06/15 | J | | |
| 33. | | | | | Buy<br>(add'l) | 08/05/15 | J | | |
| 34. PCRIX-Pimco Pacific Funds | A | Int./Div. | | | Buy<br>(add'l) | 04/06/15 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Kathleen M. | 11/14/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (1) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/16/15 | J | A | |
| 36. ORIYX-Oak Ridge Small Cap | A | Dividend | J | T | Buy | 04/06/15 | J | | |
| 37. | | | | | Buy (add'l) | 04/06/15 | J | | |
| 38. BVAOX-Broadview Opp Fund | A | Int./Div. | | | Sold | 04/02/15 | J | A | |
| 39. EGRIX-Eaton Vance Global Fund | A | Int./Div. | J | T | Sold (part) | 08/05/15 | J | A | |
| 40. NLSIX-Neuberger Berman Long/Short | A | Royalty | J | T | | | | | |
| 41. BFMCX-Blackrock Corp Bond | A | Int./Div. | K | T | Buy (add'l) | 04/02/15 | J | | |
| 42. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 43. JCUIX-JHancock Return Currency | A | Interest | | | Sold | 08/05/15 | J | A | |
| 44. AEPFX-American Euro-Pacific Grth | A | Int./Div. | K | T | Buy (add'l) | 08/05/15 | J | | |
| 45. SKIRX-Deutsche Sec Commodity | | None | J | T | Buy | 12/15/15 | J | | |
| 46. HASCX-Harbor Fund Small Cap | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 47. BLRYX-Brookfield Inv Fund | A | Int./Div. | J | T | Buy | 08/05/15 | J | | |
| 48. PCBIX-Principal Fund Mid-Cap | A | Int./Div. | J | T | Buy | 04/02/15 | J | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Kathleen M. | 11/14/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII, Line 25 had been listed at line 24 on the (2014) report, but was inadvertently omitted on the (2015) report. It has been added to this Amended Report at Line 25. It was sold in 2015 and that information has been included at Line 25.

VII, Line 27 - This information was listed on the (2015) report at Line 26. The information originally listed contained a typographical error, and this has been corrected on Line 27 of the Amended Report.

Please note that due to the corrections made herein, the Line numbers in Section VII have changed commencing with Line 25.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathleen M. Williams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544